NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**INTAMIN, LTD.,**
*Plaintiff-Appellant,*

**v.**

**MAGNETAR TECHNOLOGIES CORP.,**
*Defendant-Appellee.*

---

2010-1003

---

Appeals from the United States District Court for the Central District of California in case no. 04-CV-0511, Judge Gary A. Feess.

---

## ON MOTION

---

## ORDER

Magnetar Technologies, Corp. moves for an extension of time, until June 18, 2010, to file a response to Intamin, Ltd.'s motion to reinstate its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an extension of time is granted.

FOR THE COURT

JUN 1 5 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Ted S. Ward, Esq.
     John B. Sganga, Jr., Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUN 1 5 2010

**JAN HORBALY**
**CLERK**